UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Applicant,          12 Misc. 377 (JGK)

    - against -               <u>ORDER</u>

ROBERT DEPALO, ET AL.,

                Respondents.

---

JOHN G. KOELTL, District Judge:

    For the reasons explained at the hearing held today, the SEC's application is **granted**. The Respondents' cross-motion for discovery and an evidentiary hearing is **denied**. The Respondents are directed to fully comply with the SEC subpoenas within **thirty days**. If a Respondent does not have documents within his or its possession, custody, or control that are responsive to any document request contained in the subpoena, that Respondent must submit sworn statements describing efforts to locate responsive documents and the results of those efforts. **The Clerk is directed to close docket nos. 1 and 13.**

SO ORDERED.

Dated:    New York, New York
          February 19, 2013

                                              John G. Koeltl
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED 2/20/13

1